# United States District Court
# Central District of California

| | |
|---|---|
| BERNIE UNRAU,<br><br>               Plaintiff,<br><br>    v.<br><br>AMBLIN ENTERTAINMENT INC.,<br><br>               Defendant. | Case № 2:16-cv-08850-ODW (JEM)<br><br>**ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///
///
///
///
///

On November 30, 2016, Plaintiff Bernie Unrau filed this copyright infringement action. (ECF No. 1.) On January 18, 2017, Plaintiff filed a first amended complaint. (ECF No. 9.) On April 17, 2017, Plaintiff filed a second amended complaint. (ECF No. 29.) On May 31, 2017, Defendant Amblin Entertainment Inc. filed a motion to dismiss Plaintiff's second amended complaint and noticed a July 10, 2017 hearing on the motion. (ECF No. 31.)

Plaintiff's opposition to Defendant's motion was due on June 19, 2017, twenty-one days before the hearing. *See* C.D. Cal. L.R. 7-9. Plaintiff has not filed any opposition. The Court will allow Plaintiff until June 26, 2017, to file an opposition *and a statement of good cause explaining why the opposition was not timely filed*. Failure to timely submit these items will result in the dismissal of this action with prejudice without further notice.

**IT IS SO ORDERED.**

June 23, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**